United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 19, 2004**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals

## for the Fifth Circuit

No. 03-10625
Summary Calendar

OLUMUYIWA AYODEJI ADELEKE,

Plaintiff-Appellant,

VERSUS

BANK OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas
m 3:02-CV-319-L

Before SMITH, DEMOSS and
STEWART, Circuit Judges.

PER CURIAM:[*]

Olumuyiwa Adeleke sued his former employer, claiming violations of title VII. In a careful, detailed, and comprehensive order signed on May 30, 2002, and entered on June 3, 2003, the district court granted summary judgment to the bank. Adeleke appeals *pro se*.

We affirm, essentially for the reasons given by the district court. This was an ordinary workplace dispute, and Adeleke was terminated for well established and documented reasons. As the district court demonstrated, there is no showing that any employment statute was violated.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.